IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2131-FL

| | | |
|---|---|---|
| SAM REED SCRUGGS, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| UNNAMED RESPONDENT, | ) | |
| Respondent. | ) | |

The matter is before the court on petitioner's motion for a preliminary injunction (DE # 7), filed on May 18, 2011. Said motion was filed more than seven months after the court voluntarily dismissed this action on petitioner's motion. Because this action no longer is pending, petitioner's motion for a preliminary injunction is DENIED as moot.

SO ORDERED, this the 6th day of July, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge